# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

Damion G.V Davis
    Petitioner pro-se

      Cases No. 24-cv-00318

    V.

Akima Global Services (AGS)
Malony, AGS Lieutenant
Glennon, AGS Lieutenant
Glinski, AGS Lieutenant
Walker, AGS Lieutenant
Dysart, AGS Lieutenant
Faatz, AGS Security Officer
A. Johnson, AGS Security Officer
John Doe #1
Jonh Doe #2
John Doe #3
Wendy, Nurse
PA. Mike
BFDF Medical Dept.
    Defendants et, al.

      JURY TRIAL DEMANED

# EXHIBIT

# B

## WRITE UPS,GRIEVANCES,GREIVANCE APPEALS

## AND

## APPEALS

# Grievance #399211331

**Profile Photo:**



**Audit Photo:**

### Resident Info

Name: DAMON DAVIS (1978-08-13)
Booking Number: 042256487
Nationality: JM
Submitted Date: 11/27/23 10:41
Submitted from Location/Room: A-1,116A/A1
Current Location/Room: A-1,127A/A1
Facility: Buffalo, NY
MAC ID: 4846C1223E47
Device ID: 4846C1223E47

### Form Info

Category: ICE
Form: ICE Grievance
Internal Tag: No Tag

### Grievance Info

Grievance ID #:
Status: CLOSED by J. Brant
Facility Deadline: 12/02/23 23:59
Grievance Level: 1
Resident can reply: No
Disposition @ 1: unfounded

Details:

They tried to stab me in my cell and you can see him entering my cell on the 16th of November 2023 at around 10:45pm Or 11

Details:

**What is your Country of Citizenship?:**
Jamaica

**What is your grievance?:**
They tried to stab me and you found it inconclusive... Wow..

**What action are you requesting?:**
I would like to press changes on this facility and on the people that tried to stab me..

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/21/23 13:51 | DAMON DAVIS | Viewed Staff Response | |
| 11/30/23 13:16 | DAMON DAVIS | Viewed Staff Response | |
| **11/30/23 09:04** | **J. Brant** | **Staff Response** | **Mr. Davis, Please see Request #399563121 for the same response as I forwarded your concerns to facility management.** |
| 11/30/23 09:04 | J. Brant | Changed Status | From 'Open' to 'Closed' |
| 11/30/23 09:03 | J. Brant | Changed Disposition | Changed the disposition value for level 1 from to unfounded |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/27/23 10:41 | DAMON DAVIS | Submitted New | They tried to stab me in my cell and you can see him entering my cell on the 16th of November 2023 at around 10:45pm Or 11 |

# Grievance #377407221

**Profile Photo:**



**Audit Photo:**

### Resident Info

**Name:** DAMON DAVIS (1978-08-13)
**Booking Number:** 042256487
**Nationality:** JM
**Submitted Date:** 10/14/23 16:24
**Submitted from Location/Room:** B-1,134A/B1
**Current Location/Room:** A-1,127A/A1
**Facility:** Buffalo, NY
**MAC ID:** CC:B8:A8:9A:45:0E
**Device ID:** CCB8A89A450E

### Form Info

**Category:** ICE
**Form:** ICE Grievance
**Internal Tag:** Safety

### Grievance Info

**Grievance ID #:**
**Status:** OPEN
**Facility Deadline:** 01/14/24 23:59 (-78)
**Grievance Level:** 3
**Resident can reply:** No
**Disposition @ 1:** unfounded

Details:

Investigation

Details:

**What is your Country of Citizenship?:**
Jamaica

**What is your grievance?:**
So no one is trying to investigate why I have to have titanium in my face, no one care that I have stroke, so it OK for me to go through life with a patch on my eye because I have dubble vision. I must go home back to my wife and kids a cripple.. And that is OK..

**What action are you requesting?:**
I fear for my life being under the DHS/ICE protection because your agency has fail to protect me thus far.... I have to live with a metal in my face because you fail once again to protect me..

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/17/24 19:19 | DAMON DAVIS | Viewed Staff Response | |
| 01/15/24 07:18 | DAMON DAVIS | Viewed Staff Response | |
| 01/10/24 10:41 | DAMON DAVIS | Viewed Staff Response | |
| 01/09/24 13:01 | DAMON DAVIS | Escalated | DAVIS, DAMON has escalated the grievance on 01/09/2024 13:01 -05:00 Response Closed with my issues that I am going through because of the side effect that I am now experiencing,, lol |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | okay so its OK do treat people with no respect ...copy .. |
| 01/09/24 18:01 | | Changed Status | From Closed to Open due to Appeal |
| 01/09/24 18:01 | | Changed Level | Level changed from 2 to 3 due to Appeal |
| 01/09/24 17:57 | DAMON DAVIS | Viewed Staff Response | |
| **01/08/24 12:45** | **N. J Koson** | **Staff Response** | **Your request has been closed.** |
| 01/08/24 12:45 | N. J Koson | Changed Status | From 'Open' to 'Closed' |
| 01/08/24 12:45 | N. J Koson | Changed Disposition | Changed the disposition value for level 2 from from frivolous to frivolous |
| 01/08/24 12:45 | N. J Koson | Changed Disposition | Changed the disposition value for level 2 from to frivolous |
| 12/21/23 13:50, | DAMON DAVIS | Viewed Staff Response | |
| 11/27/23 10:42 | DAMON DAVIS | Viewed Staff Response | |
| 11/27/23 10:37 | DAMON DAVIS | Viewed Staff Response | |
| 11/19/23 10:33 | DAMON DAVIS | Viewed Staff Response | |
| **11/08/23 10:16** | **J. Brant** | **Staff Response** | **Mr. Davis, We spoke in person regarding this issue. I was advised by medical that they do not contact family for you in the manner you were requesting. I advised you that a report was conducted on the incidents you are mentioning, and your safety is top priority. Please alert your unit officer if you require any medical attention.** |
| 11/07/23 07:59 | R. Edwards | Set Tag | Changed tag to Safety |
| 11/01/23 13:36 | DAMON DAVIS | Viewed Staff Response | |
| 11/01/23 13:33 | DAMON DAVIS | Escalated | DAVIS, DAMON has escalated the grievance on 11/01/2023 13:33 -05:00 Response: Because I went to strong hospital and had surgery on the 27th of September and again on the 6th of October both time at strong hospital all in the same year 2023, how is it unfounded when bird was the one who sent me there... |
| 11/01/23 13:33 | | Changed Status | From Closed to Open due to Appeal |
| 11/01/23 13:33 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 11/01/23 13:29 | DAMON DAVIS | Viewed Staff Response | |
| 10/31/23 13:41 | J. Brant | Changed Status | From 'Open' to 'Closed' |
| 10/31/23 13:41 | J. Brant | Changed Disposition | Changed Disposition for level 1 with value " to 'unfounded' |
| 10/24/23 10:24 | DAMON DAVIS | Submitted New | Investigation |

# Grievance #399210001

**Profile Photo:**



**Audit Photo:**

### Resident Info

Name: DAMON DAVIS (1978-08-13)
Booking Number: 042256487
Nationality: JM
Submitted Date: 11/27/23 10:37
Submitted from Location/Room: A-1,116A/A1
Current Location/Room: A-1,127A/A1
Facility: Buffalo, NY
MAC ID: 4846C1223E47
Device ID: 4846C1223E47

### Form Info

Category: Grievances
Form: Grievance
Internal Tag: No Tag

### Grievance Info

Grievance ID #:
Status: CLOSED **by** LT Ireland
Facility Deadline: 12/05/23 23:59
Grievance Level: 2
Resident can reply: No
Disposition @ 1: unfounded

**Details:**

They tried to stab me and you can see him on camera entering my cell

**Details:**

**What is your Country of Citizenship?:**

**What is your complaint or grievance?:**
You found it inconclusive that someone tried to kill me by trying to stab me..

**What action are you requesting?:**
I want to press changes on this facility and on the people!s that tried to stab me.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/21/23 13:52 | DAMON DAVIS | Viewed Staff Response | |
| 12/15/23 10:00 | DAMON DAVIS | Viewed Staff Response | |
| **12/05/23 08:34** | **LT Ireland** | **Staff Response** | **This has been investigated by ICE, and this is a duplicate grievance.** |
| 12/05/23 08:34 | LT Ireland | Changed Status | From 'Open' to 'Closed' |
| 12/05/23 08:33 | LT Ireland | Changed Disposition | Changed the disposition value for level 2 from to unfounded |
| 11/30/23 03:14 | DAMON DAVIS | Escalated | DAVIS, DAMON has escalated this grievance on 11/30/2023 13:13 -0500# Response: That is not a valid response. |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/30/23 13:18 | | Changed Status | From Closed to Open due to Appeal |
| 11/30/23 13:18 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 11/30/23 13:17 | DAMON DAVIS | Viewed Staff Response | |
| 11/30/23 09:06 | J. Brant | Changed Status | From 'Open' to 'Closed' |
| 11/30/23 09:06 | J. Brant | Changed Disposition | Changed Disposition for level 1 with value '' to 'unfounded' |
| 11/30/23 09:06 | J. Brant | Staff Response | **Mr. Davis, Please see Request #399563121 as this is a duplicate message that has been provided a response.** |

# Grievance #407063471

**Profile Photo:**



**Audit Photo:**

**Resident Info**

Name: DAMON DAVIS (1978-08-13)
Booking Number: 042256487
Nationality: JM
Submitted Date: 12/25/23 10:19
Submitted from Location/Room: A-1,127A/A1
Current Location/Room: A-1,127A/A1
Facility: Buffalo, NY
MAC ID: C4FBC8046EFE
Device ID: C4FBC8046EFE

**Form Info**

Category: ICE
Form: ICE Grievance
Internal Tag: No Tag

**Grievance Info**

Grievance ID #:
Status: CLOSED **by** E. von Kramer
Facility Deadline: 01/06/24 23:59
Grievance Level: 3
Resident can reply: No
Disposition @ 1: unfounded

**Details:**

Titanium Implant

**Details:**

**What is your Country of Citizenship?:**
Jamaica

**What is your grievance?:**
I have yolf medical about the side effect of this implant that is in my face. I have told them about this light aka sparks that be traveling up and down the surfaces of the titanium, and I have also told them about the transmissions that I be picking up, that I can only hear in my left ear.. This is an irritating feeling that is driving me crazy, I need for this to come out, it is affecting the way I live,, please take this out of my face..

**What action are you requesting?:**
For you to take this out of my face, or give me a follow up appointment so can can talk to a specialist about what I can do to stop the sparks and transmissions that is driving me insane..

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/13/24 09:21 | DAMON DAVIS | Viewed Staff Response | |
| **01/11/24 14:44** | **E. von Kramer** | **Staff Response** | **Sir, this has been addressed, this is a medical issue. please address this with IHSC.** |
| 01/11/24 14:44 | E. von Kramer | Changed Status | From 'Open' to 'Closed' |
| 01/11/24 14:43 | E. von Kramer | Changed Disposition | Changed the disposition value for level 3 from to unfounded |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/10/24 10:41 | DAMON DAVIS | Viewed Staff Response | |
| 01/04/24 10:03 | DAMON DAVIS | Viewed Staff Response | |
| 01/04/24 07:23 | J. Brant | Staff Response | Mr. Davis, I have contacted medical to address your concerns, please make a request to see them with your unit officer. |
| 01/01/24 09:16 | DAMON DAVIS | Escalated | DAVIS, DAMON has escalated the grievance on 01/01/2024 09:16 -05:00 Response: Take this out of my face, I can not live like this |
| 01/01/24 09:16 | | Changed Status | From Closed to Open due to Appeal |
| 01/01/24 09:16 | | Changed Level | Level changed from 2 to 3 due to Appeal |
| 01/01/24 09:15 | DAMON DAVIS | Viewed Staff Response | |
| 12/27/23 21:25 | DAMON DAVIS | Viewed Staff Response | |
| 12/27/23 15:12 | A. T. Oliveri | Staff Response | Your request has been closed. |
| 12/27/23 15:12 | A. T. Oliveri | Changed Status | From 'Open' to 'Closed' |
| 12/27/23 15:11 | A. T. Oliveri | Changed Disposition | Changed the disposition value for level 2 from from unfounded to unfounded |
| 12/27/23 15:11 | A. T. Oliveri | Changed Disposition | Changed the disposition value for level 2 from from founded to unfounded |
| 12/27/23 15:11 | A. T. Oliveri | Changed Disposition | Changed the disposition value for level 2 from to founded |
| 12/27/23 10:56 | J. Brant | Staff Response | Mr. Davis, I see that an email was sent to medical about your concerns, if you don't hear from them, please make a request to see them with your unit officer. |
| 12/26/23 18:01 | DAMON DAVIS | Viewed Staff Response | |
| 12/26/23 16:57 | DAMON DAVIS | Escalated | DAVIS, DAMON has escalated the grievance on 12/26/2023 16:57 -05:00 Response: OK thank you its is not normal to be going through this kind of shit |
| 12/26/23 16:57 | | Changed Status | From Closed to Open due to Appeal |
| 12/26/23 16:57 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 12/26/23 16:55 | DAMON DAVIS | Viewed Staff Response | |
| 12/26/23 10:19 | J. Brant | Changed Status | From 'Open' to 'Closed' |
| 12/26/23 10:18 | J. Brant | Changed Disposition | Changed Disposition for level 1 with value '' to 'unfounded' |
| 12/26/23 10:18 | J. Brant | Staff Response | Mr. Davis, I have forwarded your concerns to my management to be sent to the medical staff here. Any specialist referral would have to be done with the medical staff. |
| 12/25/23 10:19 | DAMON DAVIS | Submitted New | Titanium implant |

# Grievance #399211331

**Profile Photo:**



**Audit Photo:**

**Resident Info**

Name: DAMON DAVIS (1978-08-13)
Booking Number: 042256487
Nationality: JM
Submitted Date: 11/27/23 10:41
Submitted from Location/Room: A-1,116A/A1
Current Location/Room: A-1,127A/A1
Facility: Buffalo, NY
MAC ID: 4846C1223E47
Device ID: 4846C1223E47

**Form Info**

Category: ICE
Form: ICE Grievance
Internal Tag: No Tag

**Grievance Info**

Grievance ID #:
Status: CLOSED **by J. Brant**
Facility Deadline: 12/02/23 23:59
Grievance Level: 1
Resident can reply: No
Disposition @ 1: unfounded

**Details:**

They tried to stab me in my cell and you can see him entering my cell on the 16th of November 2023 at around 10:45pm Or 11

**Details:**

**What is your Country of Citizenship?:**
Jamaica

**What is your grievance?:**
They tried to stab me and you found it inconclusive... Wow..

**What action are you requesting?:**
I would like to press changes on this facility and on the people that tried to stab me..

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/21/23 13:51 | DAMON DAVIS | Viewed Staff Response | |
| 11/30/23 13:16 | DAMON DAVIS | Viewed Staff Response | |
| 11/30/23 09:04 | J. Brant | Staff Response | **Mr. Davis, Please see Request #399563121 for the same response as I forwarded your concerns to facility management.** |
| 11/30/23 09:04 | J. Brant | Changed Status | From 'Open' to 'Closed' |
| 11/30/23 09:03 | J. Brant | Changed Disposition | Changed the disposition value for level 1 from to unfounded |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | They tried to stab me in my cell and you can see him entering my cell on the 16th of November 2023 at around 10:45pm Or 11 |

# Grievance #399210001

**Profile Photo:**



**Audit Photo:**

**Resident Info**

**Name:** DAMON DAVIS (1978-08-13)
**Booking Number:** 042256487
**Nationality:** JM
**Submitted Date:** 11/27/23 10:37
**Submitted from Location/Room:** A-1,116A/A1
**Current Location/Room:** A-1,127A/A1
**Facility:** Buffalo, NY
**MAC ID:** 4846C1223E47
**Device ID:** 4846C1223E47

**Form Info**

**Category:** Grievances
**Form:** Grievance
**Internal Tag:** No Tag

**Grievance Info**

**Grievance ID #:**
**Status:** CLOSED **by** LT Ireland
**Facility Deadline:** 12/05/23 23:59
**Grievance Level:** 2
**Resident can reply:** No
**Disposition @ 1:** unfounded

**Details:**

They tried to stab me and you can see him on camera entering my cell

**Details:**

**What is your Country of Citizenship?:**

**What is your complaint or grievance?:**
You found it inconclusive that someone tried to kill me by trying to stab me..

**What action are you requesting?:**
I want to press changes on this facility and on the people!s that tried to stab me.

| DATE/TIME | USER | ACTION | DETAILS |
|-----------|------|--------|---------|
| 12/21/23 13:52 | DAMON DAVIS | Viewed Staff Response | |
| 12/15/23 10:00 | DAMON DAVIS | Viewed Staff Response | |
| 12/05/23 08:34 | **LT Ireland** | **Staff Response** | **This has been investigated by ICE, and this is a duplicate grievance.** |
| 12/05/23 08:34 | LT Ireland | Changed Status | From 'Open' to 'Closed' |
| 12/05/23 08:33 | LT Ireland | Changed Disposition | Changed the disposition value for level 2 from to unfounded |
| 11/30/23 13:18 | DAMON DAVIS | Escalated | DAVIS, DAMON has escalated the grievance on 11/30/2023 13:18 -05:00 Response: That is not a valid response. |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/30/23 13:18 | | Changed Status | From Closed to Open due to Appeal |
| 11/30/23 13:18 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 11/30/23 13:17 | DAMON DAVIS | Viewed Staff Response | |
| 11/30/23 09:06 | J. Brant | Changed Status | From 'Open' to 'Closed' |
| 11/30/23 09:06 | J. Brant | Changed Disposition | Changed Disposition for level 1 with value '' to 'unfounded' |
| **11/30/23 09:06** | **J. Brant** | **Staff Response** | **Mr. Davis, Please see Request #399563121 as this is a duplicate message that has been provided a response.** |

# Grievance #377407221

**Profile Photo:**



**Audit Photo:**

**Resident Info**

Name: DAMON DAVIS (1978-08-13)
Booking Number: 042256487
Nationality: JM
Submitted Date: 10/14/23 16:24
Submitted from Location/Room: B-1,134A/B1
Current Location/Room: A-1,127A/A1
Facility: Buffalo, NY
MAC ID: CC:B8:A8:9A:45:0E
Device ID: CCB8A89A450E

**Form Info**

Category: ICE
Form: ICE Grievance
Internal Tag: Safety

**Grievance Info**

Grievance ID #:
Status: OPEN
Facility Deadline: 01/14/24 23:59 (-7d)
Grievance Level: 3
Resident can reply: No
Disposition @ 1: unfounded

Details:

Investigation

Details:

**What is your Country of Citizenship?:**
Jamaica

**What is your grievance?:**
So no one is trying to investigate why I have to have titanium in my face, no one care that I have stroke, so it OK for me to go through life with a patch on my eye because I have dubble vision. I must go home back to my wife and kids a cripple.. And that is OK..

**What action are you requesting?:**
I fear for my life being under the DHS/ICE protection because your agency has fail to protect me thus far.... I have to live with a metal in my face because you fail once again to protect me..

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/17/24 19:19 | DAMON DAVIS | Viewed Staff Response | |
| 01/15/24 07:18 | DAMON DAVIS | Viewed Staff Response | |
| 01/10/24 10:41 | DAMON DAVIS | Viewed Staff Response | |
| 01/09/24 18:01 | DAMON DAVIS | Resolved | DAVIS, DAMON has resolved the grievance on 01/09/2024 18:01 -05:00 Response: Closed with my issues that I am going through because of the side effect that I am now experiencing, lol |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | okay so its OK do treat people with no respect ...copy .. |
| 01/09/24 18:01 | | Changed Status | From Closed to Open due to Appeal |
| 01/09/24 18:01 | | Changed Level | Level changed from 2 to 3 due to Appeal |
| 01/09/24 17:57 | DAMON DAVIS | Viewed Staff Response | |
| **01/08/24 12:45** | **N. J Koson** | **Staff Response** | **Your request has been closed.** |
| 01/08/24 12:45 | N. J Koson | Changed Status | From 'Open' to 'Closed' |
| 01/08/24 12:45 | N. J Koson | Changed Disposition | Changed the disposition value for level 2 from from frivolous to frivolous |
| 01/08/24 12:45 | N. J Koson | Changed Disposition | Changed the disposition value for level 2 from to frivolous |
| 12/21/23 13:50, | DAMON DAVIS | Viewed Staff Response | |
| 11/27/23 10:42 | DAMON DAVIS | Viewed Staff Response | |
| 11/27/23 10:37 | DAMON DAVIS | Viewed Staff Response | |
| 11/19/23 10:33 | DAMON DAVIS | Viewed Staff Response | |
| **11/08/23 10:16** | **J. Brant** | **Staff Response** | **Mr. Davis, We spoke in person regarding this issue. I was advised by medical that they do not contact family for you in the manner you were requesting. I advised you that a report was conducted on the incidents you are mentioning, and your safety is top priority. Please alert your unit officer if you require any medical attention.** |
| 11/07/23 07:59 | R. Edwards | Set Tag | Changed tag to Safety |
| 11/01/23 13:36 | DAMON DAVIS | Viewed Staff Response | |
| 11/01/23 13:33 | DAMON DAVIS | Escalated | DAVIS, DAMON has escalated the grievance on 11/01/2023 13:33 -05:00 Response: Because I went to strong hospital and had surgery on the 27th of September and again on the 6th of October both time at strong hospital all in the same year 2023, how is it unfounded when bsdf was the one who sent me there... |
| 11/01/23 13:33 | | Changed Status | From Closed to Open due to Appeal |
| 11/01/23 13:33 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 11/01/23 13:29 | DAMON DAVIS | Viewed Staff Response | |
| 10/31/23 13:41 | J. Brant | Changed Status | From 'Open' to 'Closed' |
| 10/31/23 13:41 | J. Brant | Changed Disposition | Changed Disposition for level 1 with value '' to 'unfounded' |
| 10/14/23 16:24 | DAMON DAVIS | Submitted New | Investigation |

# Grievance #358488421

**Profile Photo:**



**Audit Photo:**

**Resident Info**

Name: DAMON DAVIS (1978-08-13)
Booking Number: 042256487
Nationality: JM
Submitted Date: 10/07/23 20:24
Submitted from Location/Room: B-1,134A/B1
Current Location/Room: A-1,127A/A1
Facility: Buffalo, NY
MAC ID: CC:B8:A8:9A:45:0E
Device ID: CCB8A89A450E

**Form Info**

Category: AGS
Form: Recreation

**Grievance Info**

Grievance ID #:
Status: CLOSED / Duplicate **by** LT Spiotta
Facility Deadline: 11/05/23 23:59
Grievance Level: 1
Resident can reply: No
Disposition @ 1: founded
Appeal has been curtailed

**Details:**

I need to send out my motion

**Details:**

**What is your Country of Citizenship?:**
Jamaica

I was not here to be called down to make prints I was in the emergency room because my eye got infected after my titanium transplant. That replaced the oval floor of my skull.. And that miniature stroke that I had.. Heads up..

**What action are you requesting?:**
I would like to printout what I need to print in order for me to met my court deadline.. Asap

| DATE/TIME | USER | ACTION | DETAILS |
|-----------|------|--------|---------|
| 11/01/23 13:34 | DAMON DAVIS | Viewed Staff Response | |
| **11/01/23 11:23** | **LT Spiotta** | **Staff Response** | **Duplicate** |
| 11/01/23 11:23 | LT Spiotta | Changed Status | From 'Open' to 'Closed / Duplicate' |
| 11/01/23 11:23 | LT Spiotta | Changed Disposition | Changed the disposition value for level 1 from to founded |
| 10/31/23 13:32 | J. Brant | Recategorization | Changed Category and Form from 'ICE/ICE Grievance ' to 'AGS/Recreation' |
| 10/07/23 20:24 | DAMON DAVIS | Submitted New | I need to send out my motion |



Detainee Copy

**U.S. Department of Homeland Security**
Immigration & Customs Enforcement

**Buffalo Federal Detention Facility**
Batavia, New York

IR # 24-121

## DISCIPLINARY SEGREGATION ORDER

TO:    Special Housing Unit Officer                Date/Time: 3/10/24  1700

FROM: Signature: _____             Title: LT
        Institution Disciplinary Panel Chairperson

Re:    Detainee: DAVIS, DAMION                       ID #: 042 256 487

**THE INSTITUTION DISCIPLINARY PANEL HAS CONDUCTED A HEARING FOR THE ABOVE NAMED DETAINEE AND HAS FOUND THAT THE DETAINEE DID COMMIT THE BELOW LISTED PROHIBITED ACTS:**

CODE [s]  108  ;  298  ; _____ ; _____

**THE PANEL IS IMPOSING:**

X    A sanction of  13  60  day [s].

X    A suspension of privileges for  13  60  day [s] as outlined below:

[ ] Loss of job                         [ ] Loss of recreation privilege
[X] Loss of commissary privilege        [ ] Loss of visitation privilege
[X] Loss of telephone privilege (except legal calls)    [ ] Loss of television privilege
                                        [X] Loss of tablet use

Other: 13 DAYS WITH THE RECOMMENDATION OF 60 DAYS TO RUN CONSECUTIVE TO IR 24-120
WHICH HAD A RELEASE DATE OF 3/20/24
                              3/20/24

Detainee to be released from SHU on (Date / Time): 3/20/24  4/7/24  1625

Sanctions to end on (Date / Time): 4/7/24  1625

IDP Chairperson Signature: _____    Date / Time: 03/10/24  1700

Released by: _____
              Name                    Title                    Date / Time
              **(Release may be approved only by SDDO or designee)**

DHO Review: _____
              Name                    Title                    Date / Time



Office of Enforcement and Removal Operations

**U.S. Department of Homeland Security**
4250 Federal Drive
Batavia, New York 14020

**U.S. Immigration
and Customs
Enforcement**

Mr. Damion Davis
A# 042 256 487
Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, New York 14020

Dear Mr. Davis, .

Reference is made to your appeal, received in this office on March 12, 2024, of the Institution Disciplinary Panel (IDP) decision. On March 8, 2024, you received an incident report for violating prohibited act 108 Assaulting a staff member and 298 Interfering with staff. The IDP Hearing was held on March 13, 2024, at which time the IDP found you guilty of rule violation 108 and 298 and sanctioned you to thirteen (13) days in disciplinary segregation and 13 days loss of commissary, tablet, and telephone (except legal calls).

In your appeal, you request to a have the Institution Disciplinary Panel (IDP) reconsider their decision. The written report and investigation indicate that your actions clearly violated prohibited act 108 and 298 and as such were properly charged and found guilty of violating prohibited act and 108 and 298. This type and severity of your conduct is not permitted at the Buffalo Federal Detention Facility, as such your imposed sanctions were elevated to sixty (60) days disciplinary segregation and 60 days loss of commissary, tablet, and telephone (except legal calls).

Be advised that your incident report, the investigation, the IDP Hearing, and the sanctions imposed have all been carefully reviewed, to assure compliance with all BFDF policy and procedure, the Performance Based National Detention Standards (PBNDS) and the American Correctional Association (ACA) standards, as is the case in all incident reports. This review indicates that all the aforementioned policies and standards have been followed and complied with.

There is nothing in the disciplinary record to indicate that you were not judged fairly. The conviction for violating prohibited act 108 and 298 shall be upheld, and the sanction of 60 days in disciplinary segregation and 60 days loss of commissary, tablet, and phone (except legal calls) shall stand. Your appeal is hereby denied.

Respectfully,

George P. Harvey
Assistant Field Office Director

**Immigration and Customs Enforcement**
**Buffalo Federal Detention Facility**
**Batavia, NY**

## DISCIPLINARY SEGREGATION
## *SEGREGACIÓN DISCIPLINARIA*
## RESTRAINT ORDER AUTHORIZATION
## *AUTORIZACIÓN DE ORDEN DE RESTRICCIÓN*

This notice is to inform you *(Este aviso es para informarle)* DAVIS  DAMIAN

ID# 042  256  487 ____ cell # SHU-127 _____ that you have been placed under a restraint order for the

following reasons *(que ha sido puesto bajo una orden de restricción por las siguientes razones):*

ASSAULTING  TWO  OFFICERS ,  PUNCHING  THEM  IN  THE  FACE  AND  KICKING  THEM  IN  THE  GROIN

HAVING  A  HISTORY  IN  THIS  FACILITY  OF  THE  INABILITY  TO  OBEY  AND  FOLLOW  ORDERS  WHEN  THEY  ARE  GIVEN.

AND  DISRUPTING  THE  FACILITIES  ORDERLY  RUNNING.

You shall be placed under the following restraint requirements whenever you are outside of your cell *(Se le impondrán los siguientes requisitos de restricción siempre que se encuentre fuera de su celda):*

HARD  HAND  RESTRAINTS

**Notice to Detainee** *(Aviso al detenido):*

You may write to the Officer in Charge or his/her designee to make a statement as to the need for continuing the restraint order. *(Puede escribir al oficial a cargo o a su designado para hacer una declaración sobre la necesidad de continuar con la orden de restricción).*

**Initial Authorization**

Date 3/10/24

Assistant Field Office Director or Designee

Original -- SHU File
Copy -- Detainee
       OOS
       Detention File
       IR Packet

LEP Restraint order.doc
08/18/2022

Immigration & Naturalization Ser
Buffalo Federal Detention Facility

## APPEAL TO FACILITY DISCIPLINARY PANEL (FDP)
## APELACIÓN AL PANEL DISCIPLINARIO DE LA INSTALACIÓN (FDP)
(MUST BE COMPLETED WITHIN 5 DAYS FROM DATE OF FDP'S DECISION)
(DEBE COMPLETARSE DENTRO DE LOS 5 DÍAS A PARTIR DE LA FECHA DE LA DECISIÓN DEL FDP)

Detainee Name: Damion Davis          ID#: 04 2256487
(Su Nombre):
Date of FDP Hearing: 3-10-24          Housing Unit: Sho/127
(Fecha de la audiencia del FDP)
Detainee Signature: _____   Date: 3-11-24
(Firma)
Officer's Signature: _____   Date: _____

Reason for Appeal (Motivo de la apelación):

On the above date and time which was 8:15 pm I received my Disciplinary order which stated that i will be doing 60 days for something that i did not do a lie that was diving up in order to hid me away from the phone or the hospital where i will tell everything you better have a picture of the officers injuries I have already notified my lawers about this and i am not eating anything untill you fix your lies

Action Requested (Acción solicitada):

To investigate his write up and come to a better conclusion because i did not put my hands and that officer's and i will do whatever days you gave me but in the end the truth will come out and i feel sorry for this facility.

Original: AFOD                                        Rev. 2023



*Office of Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
4250 Federal Drive
Batavia, New York 14020

**U.S. Immigration
and Customs
Enforcement**

Mr. Davis, Damion
A# 042 256 487
Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, New York 14020

Dear Mr. Davis,

Reference is made to your appeal, received in this office on September 15, 2023, of the Institution Disciplinary Panel (IDP) decision. On September 14, 2023, you received an incident report for violating prohibited acts 299 and 307. The IDP Hearing was held on September 14, 2023, at which time the IDP found you guilty of rule violations 299, 307 and sanctioned you to 3 days in disciplinary segregation and 3 days loss of commissary, tablet, and phone (except legal calls).

In your appeal you state that you are guilty of rule violation 299 but not rule violation 307 because you went to your cell when you were told to lock in. The written report and investigation indicate that your actions clearly violated prohibited acts 299,307 and as such were properly charged and found guilty of violating prohibited acts 299 and 307. This type of conduct is not permitted at the Buffalo Federal Detention Facility.

Be advised that your incident report, the investigation, the IDP Hearing, and the sanctions imposed have all been carefully reviewed, to assure compliance with all BFDF policy and procedure, the Performance Based National Detention Standards (PBNDS) and the American Correctional Association (ACA) standards, as is the case in all incident reports. This review indicates that all the aforementioned policies and standards have been followed and complied with.

There is nothing in the disciplinary record to indicate that you were not judged fairly. The conviction for violating prohibited acts 299 and 307 shall be upheld, and the sanction of 3 days in disciplinary segregation and 3 days loss of commissary, tablet, and phone (except legal calls) shall stand. Your appeal is hereby denied.

Respectfully,

George P. Harvey
Assistant Field Office Director

**Immigration and Customs Enforcement**
**Buffalo Federal Detention Facility**

**APPEAL TO FACILITY DISCIPLINARY PANEL (FDP)**
**(MUST BE COMPLETED WITHIN 5 DAYS FROM DATE OF FDP'S DECISION)**

Detainee Name: Damion Davis   ID#: 042256487   Housing Unit: A 1

Date of FDP Hearing: 9/14/23

Detainee Signature: _____   Date: 9-14-23

Officer's Signature: _____   Date:

Reason for Appeal: They Found me guilty of #299
and 307 when 299 i would say yes
I am guilty for interfearing with officer ferendo
watching sport center while he do paper
work, but i am not guilty of 307
because after he told me to lock in
I went to my cell, so when escort
came after they were called i was no where
near his Desk for me to get that charge I was coming
Action Requested: out of my cell I know that #299 is a 24hr lock in
so i would take that charge, but i would
like for #307 to be dismiss and i would
like to go back to the unit where i was
in the cell where i was and keep the
Job i had. Please view the video footage
To see what i am really guilty of and i
also told the LT mr. Glen that i would like my
lawyer John peny or mrs. sarah Gillman to be at
this panel hearing. thank you. _____

Orig:   To Facility Director                                        Rev. 01/04

*Office of Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
4250 Federal Drive
Batavia, New York 14020



**U.S. Immigration**
**and Customs**
**Enforcement**

Mr. Damion DAVIS
A3 042 256 487
Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, New York 14020

Dear Mr. Davis,

Reference is made to your appeal, received in this office on March 11, 2024, of the Institution Disciplinary Panel (IDP) decision. On March 8, 2024, you received an incident report for violating prohibited act 204 -Threatening Staff and 308 - Insolence. The IDP Hearing was held on March 9, 2024, at which time the IDP found you guilty of rule violation 204 and 308 and sanctioned you to thirteen (13) days in disciplinary segregation and 13 days loss of commissary, tablet, and telephone (except legal calls).

In your appeal, you request to have the Institution Disciplinary Panel (IDP) reconsider their decision. The written report and investigation indicate that your actions clearly violated prohibited act 204 and 308 and as such were properly charged and found guilty of violating prohibited act 204 and 308. This type of conduct is not permitted at the Buffalo Federal Detention Facility.

Be advised that your incident report, the investigation, the IDP Hearing, and the sanctions imposed have all been carefully reviewed, to assure compliance with all BFDF policy and procedure, the Performance Based National Detention Standards (PBNDS) and the American Correctional Association (ACA) standards, as is the case in all incident reports. This review indicates that all the aforementioned policies and standards have been followed and complied with.

There is nothing in the disciplinary record to indicate that you were not judged fairly. The conviction for violating prohibited act 204 and 308 shall be upheld, and the sanction of 13 days in disciplinary segregation and 13 days loss of commissary, tablet, and phone (except legal calls) shall stand. Your appeal is hereby denied.

Respectfully,

*(A)HFOD*

for George P. Harvey
Assistant Field Office Director

**Immigration & Naturalization Ser**
**Buffalo Federal Detention Facility**

## APPEAL TO FACILITY DISCIPLINARY PANEL (FDP)
## APELACIÓN AL PANEL DISCIPLINARIO DE LA INSTALACIÓN (FDP)
### (MUST BE COMPLETED WITHIN 5 DAYS FROM DATE OF FDP'S DECISION)
### (DEBE COMPLETARSE DENTRO DE LOS 5 DÍAS A PARTIR DE LA FECHA DE LA DECISIÓN DEL FDP)

Detainee Name: Damion Davis        ID#: 042 256 487
(Su Nombre):
Date of FDP Hearing: 3-9-24        Housing Unit: Shu
(Fecha de la audiencia del FDP)
Detainee Signature: _____        Date: 3-9-24
(Firma)
Officer's Signature: AJohnson AJohnson    Date: 3/9/24

Reason for Appeal (Motivo de la apelación):

in the above date and time i got my write up, and in there right up on the reasons why i am in the shu and nowhere in their write up does it states that i was punch on the left side of my face after coming back from the Hospital again this is all on camera, NO in it, it was stated that i was the one who had punch the officer and kick him, but yet i am the one in a cell with a swolling face a busted mouth and a black eye. and no one dare to take a picture of my face.

Action Requested (Acción solicitada):

I would like a police officer to visit me at this facility in order to press charges on that officer who assaulted me, and I would like an officer to take a picture of my face and the officer's face so we can do a fact finder, to see who assaulted who, and likewise i would like a phone call to my attorney's who is handling my lawsuit for the Pike county facility. To get their info I would like my phone books or you can just google: Damion Davis Pike county and

Original:  AFOD    write their info for me; your choice.    Rev. 2023
thank you.

Immigration and Customs Enforcement
Buffalo Federal Detention Facility
Batavia, NY

# DISCIPLINARY SEGREGATION
## *SEGREGACIÓN DISCIPLINARIA*
## RESTRAINT ORDER AUTHORIZATION
## *AUTORIZACIÓN DE ORDEN DE RESTRICCIÓN*

This notice is to inform you *(Este aviso es para informarle)* DAVIS, DAMION
ID# 042256 487  cell # SHU-127 that you have been placed under a restraint order for the
following reasons *(que ha sido puesto bajo una orden de restricción por las siguientes razones)*:

YOU HAVE AN I.R. FOR THREATENING STAFF AS WELL AS AN ASSAULT ON STAFF.
YOU KICKED AN OFFICER IN THE GROIN AND PUNCHED ANOTHER IN THE FACE.

You shall be placed under the following restraint requirements whenever you are outside of your cell *(Se le
impondrán los siguientes requisitos de restricción siempre que se encuentre fuera de su celda)*:

HAND  HAND  RESTRAINTS

**Notice to Detainee *(Aviso al detenido)*:**
You may write to the Officer in Charge or his/her designee to make a statement as to the need for continuing the
restraint order. *(Puede escribir al oficial a cargo o a su designado para hacer una declaración sobre la
necesidad de continuar con la orden de restricción).*

Initial Authorization

_____    Date 3/9/24
Assistant Field Office Director or Designee

Original — SHU File
Copy —    Detainee
        COS
        Detention File
        IR Packet

LEP Restraint order.doc
09/19/2022

Immigration & Naturalization Ser
**Buffalo Federal Detention Facility**

## APPEAL TO FACILITY DISCIPLINARY PANEL (FDP)
## APELACIÓN AL PANEL DISCIPLINARIO DE LA INSTALACIÓN (FDP)
### (MUST BE COMPLETED WITHIN 5 DAYS FROM DATE OF FDP'S DECISION)
### (DEBE COMPLETARSE DENTRO DE LOS 5 DÍAS A PARTIR DE LA FECHA DE LA DECISIÓN DEL FDP)

Detainee Name: _Damian Davis_    ID#: _042256457_
(Su Nombre):
Date of FDP Hearing: _12-2-23_    Housing Unit: _shu_
(Fecha de la audiencia del FDP)
Detainee Signature: _____    Date: _12-8-23_
(Firma)
Officer's Signature: _____    Date: _12/3/23_

Reason for Appeal (Motivo de la apelación):

I am not guilty of any of your
violations #not #299 or #307
you can not call me a nigger, point
Blanck, period, This had nothing to do
with a tablet, dont let them fool you

Action Requested (Acción solicitada):

Original: AFOD    Rev. 2023

surronded    sos    excissive

# APPEAL TO FACILITY DISCIPLINARY

Damion Davis                    I.D# 042256487

12-2-23                         HO: Sho

~signature~                     12-3-23

Officer Signature:              Date:

ON 12-2-23 at around 7:30 AM or a little after
I went up to the officers Desk to get Tablet #1,
which wasn't there because cell 136 had sign
it out, but i did not know about that until i ask
the unit who took that Tablet, a person in the
unit responded by saying who you think, so I walk
over To cell 136, because the day before cell 136 had
did that very same thing after LT Ireland brought
a new tablet To the unit after a couple of us told
him what was going on to avoide that problem
He gave him a new Tablet, Problem solve, but
it wasn't because someone took that tablet from
him was all the guys that use that tablet. so cell 136
went back The following morning and took Tablet
1, so on 12-2-23 while i was walking over to
cell 136 he ran over and ~~~ so
i went back over to the officers desk to told
him about that situation that happened on 12-2-23
while i was explaining about what happened on 12-2-23
a next guy came over and was also trying to tell
him about what happened before, he
turned a blind eye and told us to move from his Desk
so we walk off, but i walk toward the person that have
136 and Ask him why did he take the tablet
that 3 person have to use, he got upset and tolde

...a nigger, so I went back over to the officers unit To inform him about what cell 136 just said, and he smiled at me and ignored me, so I said to myself "F" if it's not worth talking to a bigot, so as I am walking back to my cell which is cell 116, cell 136 called me a Nigga again, so I turned around and went towards him while he was sitting, and ask him, why did you called me that, and he just told you not to say that to a person like me because that is disrespectful, he jump up in a fighting position, so I just look at him and walked away, at that point the officer told me say to cell 136 "quote" if you call me that again I will not stop these guy's from coming after you, the officer told me to go back in, and then I told 136 the same thing. While I was going, fell the officer came up to my door window and called for back up. Back up came while I was in my cell with the door already closed, he IT Told to come back so I went as I exit my cell I told that I would like to explain what just happened, he said no put your hands on the wall, so my PTSD kicked in, because on December 2, 2021, just 2 years ago That same situation happened at Rike county correction Facility, I was assaulted by 9 officer which caused me to lose the sight in my left eye, so after he told me to put my hands on the wall, I went back into my cell and sat on the bed, an uncounted amount of officers came in and started to assault me to the point that they Ruptured my Left Lower Rib and dislocated my Left arm, they took me to Rochester urgent care, and after they brought me...

back to the facility, I told them that I would like a phone call to my attorney, the officers that took me to the hospital called one of the LT's and asked him if i can make that call to my attorney. The LT then ~~stop process~~ Interved the area and told me to change, he told me that i can make that call after, he ~~said~~ mentioned Samantha's + then ask him if i can call her first because i no longer feel safe at this facility and would like to be transferred to somewhere else, I then told him if he just let me call my attorney Ms. gillmore she could make that happen for me, at that point more officers came through the door along with another LT, again P.T.S.D kicked in because now i was surrounded by at least 16 to 18 officers while they was talking i got up and sat by the cell door because they came towards me, the ~~what~~ IV. i heard was the LT telling all the officers "quote" Get him, and i got assaulted again ~~twice~~ on the same day just hours apart, So i would like to assert my Amendment Rights, my Tenth ~~and Tenth~~ Amendment Rights for Excessive Force, and i should not be punish because i asserted my Rights not to be called a nigger.

respectfully Submitted

12-8-23
Dated

U.S. Department of Homeland Security
Immigration and Customs Enforcement

| 1. NAME OF FACILITY. Buffalo Federal Detention Facility, Batavia, NY | | | Incident Report # 24-121 | |
|---|---|---|---|---|

## PART I - INCIDENT REPORT

| 2. NAME OF DETAINEE DAVIS, DAMION | | 3. ID NUMBER 042 256 487 | 4. DATE OF INCIDENT 3/8/24 | 5. TIME 1625 |
|---|---|---|---|---|
| 6. PLACE OF INCIDENT SHU CELL | | 7. BED/CELL NUMBER A1 127a | 8. UNIT ALPHA 1 | |
| 9. CODE VIOLATION AND NUMBER 108 ASSAULTING A STAFF MEMBER | 10. CODE VIOLATION AND NUMBER INTERFERING 298 WITH STAFF | 11. CODE VIOLATION AND NUMBER | 12. CODE VIOLATION AND NUMBER | |

**13. DESCRIPTION OF INCIDENT  (DATE:** 3/8/24 **TIME:** 1625 **STAFF BECAME AWARE OF INCIDENT)**

ON THE ABOVE DATE AND TIME WHILE PERFORMING MY DUTIES AS A TRANSPORT OFFICER, I WAS ORDERED TO BRING DETAINEE DAVIS, DAMION A# 042 256 487 TO SHU BECAUSE OF AN INCIDENT ON A MEDICAL TRIP. WHILE IN CELL 127 IN SHU THE DETAINEE BECAME PHYSICALLY VIOLENT

| 14. SIGNATURE OF REPORTING EMPLOYEE | DATE AND TIME 3/8/24 1835 | 15. NAME AND TITLE (PRINTED) J. FRATZ COO |
|---|---|---|
| 16. INCIDENT REPORT DELIVERED TO ABOVE DETAINEE BY Walker | 17. DATE AND TIME INCIDENT REPORT DELIVERED 03/08/24 @ 2109 | 18. DETAINEE SIGNATURE |

**19. Formal** ☒ **REFER TO THE INSTITUTION DISCIPLINARY PANEL**
**Informal** ☐ **SANCTIONS IMPOSED ARE:**

## PART II- INSTITUTION DISCIPLINARY PANEL (IDP)

"NOTICE OF DISCIPLINARY PANEL HEARING" FORM SERVED ☒

**20. COMMENTS OF DETAINEE TO PANEL REGARDING ABOVE INCIDENT**

said I was sitting during this time officers told them that he was prepping him up. says he was knocked unconscious and left on the floor in a pool of vomit for 2 hours and then he didn't see or talk to medical for 4 hours. denies all crimes listed and says he was shackled and didn't strike officers.

**CONTINUED   Y   N**

| 21. A. IT IS THE FINDING OF THE PANEL THAT YOU ___X___ COMMITTED THE FOLLOWING PROHIBITED ACT: 108 298 | B. X THE PANEL ADVISED THE DETAINEE OF ITS FINDINGS AND OF THE RIGHT TO FILE AN APPEAL WITHIN 5 CALENDAR DAYS. |
|---|---|
| _____ DID NOT COMMIT A PROHIBITED ACT. | |

**22. PANEL DECISION IS BASED ON THE FOLLOWING INFORMATION**

item in 13, 22, and 23 of this incident report.

**23. PANEL ACTION AND/OR RECOMMENDATION**

108 days disciplinary segregation

298 days loss of commissary / phone and other exceptional days. All sanctions to run concurrent to IR 24-120 determination of 60 days disciplinary segregation and loss of commissary / phone and other (except used days)

| 24. DATE AND TIME OF ACTION 3/15/24 570) (THE IDP CHAIRMAN'S SIGNATURE NEXT TO HIS NAME CERTIFIES WHO SAT ON THE IDP AND THAT THE COMPLETED REPORT ACCURATELY REFLECTS THE IDP PROCEEDINGS.) | | |
|---|---|---|
| CHAIRAN (TYPED NAME/SIGNATURE) | MEMBER (TYPED NAME) | MEMBER (TYPED NAME) |

Original – To DHO
Yellow – To Detainee Detention File
Blue – To Detainee after I.D.P. Action or after Informal Sanctions
Pink – To Detainee after Part I Preparation
BFDF - 001
Revised 10/18

U.S. Department of Homeland Security
Immigration and Customs Enforcement

Incident Report # _____

Page 2 of 2

# INCIDENT REPORT SUPPLEMENTARY FORM

| 1. NAME OF DETAINEE | 2. ID NUMBER | 3. UNIT | 4. BED/CELL NUMBER |
|---|---|---|---|
| DAVIS, DAMION | 042 256 4X7 | ALPHA 1 | 127A |

| INDICATE APPROPRIATE BOX NUMBER | ☑ BOX 13 DESCRIPTION OF INCIDENT |
|---|---|
| (UTILIZE FORM FOR MULTIPLE BOXES) (INDICATE ADDITIONAL BOX #S BELOW) | ☐ BOX 20 COMMENTS OF DETAINEE TO PANEL REGARDING INCIDENT<br>☐ BOX 22 PANEL DECISION IS BASED ON THE FOLLOWING INFORMATION<br>☐ BOX 23 PANEL ACTION AND/OR RECOMMENDATION |

AFTER I ASSISTED IN REMOVING HIS HAND RESTRAINTS, THE DETAINEE VIOLENTLY PULLED AWAY FROM ME AND BROUGHT HIS ARM BACK IN A COMBATIVE STANCE LIKE HE WAS GOING TO STRIKE ME. I ASSISTED IN PLACING THE DETAINEE ON THE BUNK USING THE MINIMAL AMOUNT OF FORCE NECESSARY TO GAIN COMPLIANCE. WHILE TRYING TO GAIN COMPLIANCE THE DETAINEE KICKED ME IN THE GROIN, (LCA) HE CONTINUED TO TRY AND STRIKE ME WITH CLOSED FISTS. THE DETAINEE'S ACTIONS INTERFERRED WITH THE PERFORMANCE OF MY DUTIES. (298)

U.S. Department of Homeland Security
Immigration and Customs Enforcement

Incident Report # _____
Page _2_ of _2_

## INCIDENT REPORT SUPPLEMENTARY FORM

| 1. NAME OF DETAINEE | 2. ID NUMBER | 3. UNIT | 4. BED/CELL NUMBER |
|---|---|---|---|
| Davis, Damien | 042 256 487 | Alpha-1 | A-122A |

**INDICATE APPROPRIATE BOX NUMBER**

(UTILIZE FORM FOR MULTIPLE BOXES)
(INDICATE ADDITIONAL BOX #S BELOW)

☐ BOX 13 DESCRIPTION OF INCIDENT
☐ BOX 20 COMMENTS OF DETAINEE TO PANEL REGARDING INCIDENT
☐ BOX 22 PANEL DECISION IS BASED ON THE FOLLOWING INFORMATION
☐ BOX 23 PANEL ACTION AND/OR RECOMMENDATION

Later, during the same medical trip, Detainee Davis maintained his insolence by asking CPO Pasenk, "What did you get fired on for? Beating up black people." CPO Pasenk asked Detainee Davis what he had ever done to him and Detainee Davis responded, "Other than killing my daughter, nothing." Detainee Davis continued, "Then sit your ass down." to CPO Pasenk (305) Mr. Davis was instructed by medical personnel to take care of his head in order to prevent further injury Detainee Davis replied, "I would if these officers would stop beating me up."(305)

U.S. Department of Homeland Security
Immigration and Customs Enforcement

1. NAME OF FACILITY. Buffalo Federal Detention Facility, Batavia, NY

**Incident Report #** 24 - 120

## PART I - INCIDENT REPORT

| 2. NAME OF DETAINEE | 3. ID NUMBER | 4. DATE OF INCIDENT | 5. TIME |
|---|---|---|---|
| Davis, Damion | 042 256 487 | 3/08/2024 | 1255 |

| 6. PLACE OF INCIDENT | 7. BED/CELL NUMBER | 8. UNIT |
|---|---|---|
| Processing | A1 127A | Alpha 1 |

| 9. CODE VIOLATION AND NUMBER | 10. CODE VIOLATION AND NUMBER | 11. CODE VIOLATION AND NUMBER | 12. CODE VIOLATION AND NUMBER |
|---|---|---|---|
| 204 (Threatening) | 308 (Insolence) | | |

13. DESCRIPTION OF INCIDENT (DATE: 3/8/24 TIME: 1255 STAFF BECAME AWARE OF INCIDENT)

On the above date and time, while working as a transportation officer, I entered the Processing Garage with Detainee DAVIS, DAMION A042256487 and heard him, unprovoked, say that "Shackles or no shackles, I have no problem going up on ya'll." I asked him if he was threatening us and Detainee Davis responded "Do you wear a badge." "All I'm doing is letting you know what I'm willing to do." (204)

| 14. SIGNATURE OF REPORTING EMPLOYEE | DATE AND TIME | 15. NAME AND TITLE (PRINTED) |
|---|---|---|
| A. Dispenza 255 | 3/8/24 1733 | A. Dispenza CDO |

| 16. INCIDENT REPORT DELIVERED TO ABOVE DETAINEE BY | 17. DATE AND TIME INCIDENT REPORT DELIVERED | 18. DETAINEE SIGNATURE |
|---|---|---|
| Walker | 03/08/24 @ 2109 | [signature] |

19. Formal ☒ REFER TO THE INSTITUTION DISCIPLINARY PANEL
Informal ☐ SANCTIONS IMPOSED ARE:

## PART II- INSTITUTION DISCIPLINARY PANEL (IDP)

"NOTICE OF DISCIPLINARY PANEL HEARING" FORM SERVED ☒

20. COMMENTS OF DETAINEE TO PANEL REGARDING ABOVE INCIDENT

[illegible]

CONTINUED Y N

21. A. IT IS THE FINDING OF THE PANEL THAT YOU
X COMMITTED THE FOLLOWING PROHIBITED ACT: 204 308
___ DID NOT COMMIT A PROHIBITED ACT.

B. ___ THE PANEL ADVISED THE DETAINEE OF ITS FINDINGS AND OF THE RIGHT TO FILE AN APPEAL WITHIN 5 CALENDAR DAYS.

22. PANEL DECISION IS BASED ON THE FOLLOWING INFORMATION [illegible]

23. PANEL ACTION AND/OR RECOMMENDATION [illegible]

24. DATE AND TIME OF ACTION [illegible] (THE IDP CHAIRMAN'S SIGNATURE NEXT TO HIS NAME CERTIFIES WHO SAT ON THE IDP AND THAT THE COMPLETED REPORT ACCURATELY REFLECTS THE IDP PROCEEDINGS.)

| CHAIRAN (TYPED NAME/SIGNATURE) | MEMBER (TYPED NAME) | MEMBER (TYPED NAME) |
|---|---|---|
| | [signature] | [signature] |

U.S. Department of Homeland Security
Immigration & Customs Enforcement

Buffalo Federal Detention Facility
Batavia, New York

IR # _____

## ADMINISTRATIVE SEGREGATION ORDER

TO:     Special Housing Unit Officer              Date/Time: _____

FROM:  Signature: _____                Title: _____

Re:     Detainee: _____                ID #: _____

**THE ABOVE NAMED DETAINEE IS TO BE ADMITTED TO ADMINISTRATIVE SEGREGATION UNIT FOR THE FOLLOWING REASONS:**

_____ A) Pending investigation/hearing for committing a prohibited act or rule violation and requires pre-hearing detention.

_____ B) A security risk to himself or to the facility for the following circumstance (s):
_____
_____

_____ C) Detainee requests [ ] requires [ ] admission for his protection, documentation attached.

_____ D) Under medical observation by IHSC.

Placement by IHSC staff member: _____ Title: _____
Reason for Placement (i.e. Hunger Strike, Suicide Risk): _____
Authorized by: Medical Doctor (MD), Physician Assistant (PA), or Nurse Practitioner (NP)
_____
(Circle title and Sign)

_____ E) Confinement in Disciplinary Segregation is terminated and has been ordered into Administrative Segregation by the Assistant Field Office Director, Supervisory Detention and Deportation Officer, or Disciplinary Panel. (Documentation required prior to placement).

_____ F) Pending transfer or release within 24 hours.

*This order to be reviewed within 72 hours.*

72-hour Review: _____
AFOD or Designee      Name                Title                        Date / Time

Released by: _____
              Name                Title                        Date / Time
**(Release may be approved only by a Contract Supervisor, SDDO or AFOD)**
***(Only a Medical Doctor may order a release from Hunger Strike treatment)***
**(Medical releases must be authorized by a IHSC Medical Professional)**

DHO Review: _____
              Name                Title                        Date / Time

Original – To Incident Report Packet          Blue – To SHU File              **BFDF - 006**
Yellow – To Classification Officer / Detention File    Pink – To Detainee with Incident Report    **Revised 10/22**

U.S. Department of Homeland Security          **Buffalo Federal Detention Facility**
Immigration & Customs Enforcement                  **Batavia, New York**

**IR #** _____

## ADMINISTRATIVE SEGREGATION ORDER

TO:     Special Housing Unit Officer          Date/Time: _____

FROM:   Signature: _____     Title: _____

Re:     Detainee: _____     ID #: _____

**THE ABOVE NAMED DETAINEE IS TO BE ADMITTED TO ADMINISTRATIVE SEGREGATION UNIT FOR THE FOLLOWING REASONS:**

_____X_____    A)   Pending investigation/hearing for committing a prohibited act or rule violation and requires pre-hearing detention.

_____    B)   A security risk to himself or to the facility for the following circumstance (s):
                            _____
                            _____

_____    C)   Detainee requests [ ] requires [ ] admission for his protection, documentation attached.

_____    D)   Under medical observation by IHSC.

                 Placement by IHSC staff member: _____   Title:_____
                 Reason for Placement (i.e. Hunger Strike, Suicide Risk):_____
                 Authorized by: Medical Doctor (MD), Physician Assistant (PA), or Nurse Practitioner (NP)
                       _____
                         (Circle title and Sign)

_____    E)   Confinement in Disciplinary Segregation is terminated and has been ordered into Administrative Segregation by the Assistant Field Office Director, Supervisory Detention and Deportation Officer, or Disciplinary Panel. (Documentation required prior to placement).

_____    F)   Pending transfer or release within 24 hours.

*This order to be reviewed within 72 hours.*

72-hour Review:    _____1/25/11_____      ____K____      _3/9/24 @0355_
AFOD or Designee      Name                  Title                Date / Time

Released by:    _____
             Name                  Title                Date / Time
             **(Release may be approved only by a Contract Supervisor, SDDO or AFOD)**
             ***(Only a Medical Doctor may order a release from Hunger Strike treatment)***
             **(Medical releases must be authorized by a IHSC Medical Professional)**

DHO Review:    _____
             Name                  Title                Date / Time

Original – To Incident Report Packet         Blue – To SHU File                **BFDF - 006**
Yellow – To Classification Officer / Detention File    Pink – To Detainee with Incident Report    **Revised 10/22**

30 441

**U.S. Department of Homeland Security**
**Immigration & Customs Enforcement**

**Buffalo Federal Detention Facility**
**Batavia, New York**

IR # _____

## DISCIPLINARY SEGREGATION ORDER

TO:    Special Housing Unit Officer                Date/Time: _____

FROM:  Signature: _____       Title: _____
           Institution Disciplinary Panel Chairperson

Re:    Detainee: _____         ID #: _____

**THE INSTITUTION DISCIPLINARY PANEL HAS CONDUCTED A HEARING FOR THE ABOVE NAMED DETAINEE AND HAS FOUND THAT THE DETAINEE DID COMMIT THE BELOW LISTED PROHIBITED ACTS:**

CODE [s] _____; _____; _____; _____

**THE PANEL IS IMPOSING:**

____   A sanction of _____ day [s].

____   A suspension of privileges for _____ day [s] as outlined below:

   [ ] Loss of job                                    [ ] Loss of recreation privilege
   [✓] Loss of commissary privilege                   [ ] Loss of visitation privilege
   [ ] Loss of telephone privilege (except legal calls)  [ ] Loss of television privilege
                                                       [ ] Loss of tablet use

Other: _____
_____

Detainee to be released from SHU on (Date / Time): _____

Sanctions to end on (Date / Time): _____

IDP Chairperson Signature: _____   Date / Time: _____

Released by: _____
               Name                    Title                    Date / Time
            **(Release may be approved only by SDDO or designee)**

DHO Review: _____
               Name                    Title                    Date / Time

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

Damion G.V Davis
  Petitioner pro-se

    V.

Akima Global Services (AGS)
Malony, AGS Lieutenant
Glennon, AGS Lieutenant
Glinski, AGS Lieutenant
Walker, AGS Lieutenant
Dysart, AGS Lieutenant
Faatz, AGS Security Officer
A. Johnson, AGS Security Officer
John Doe #1
Jonh Doe #2
John Doe #3
Wendy, Nurse
PA. Mike
BFDF Medical Dept.
  Defendants et, al.

Cases No. 24-cv-00318

JURY TRIAL DEMANED

# EXHIBIT

# C

### DENIED REQUESTS
### FOR LEGAL PHONE CALLS

BUFFALO FEDERAL DETENTION FACILITY
BATAVIA, NEW YORK 14020

## DETAINEE REQUEST TO FACILITY EMPLOYEE

DATE: 4-11-24

Detainee Copy

**REQUEST:** After reviewing your Detainee Handbook carefully, state your request or problem for which you need assistance (give details).

I would like to make a legal call to (CYS)
ON 4-12-24 aT 7pm # 223-278-6201

DETAINEE NAME, **EXACTLY** AS SHOWN ON YOUR WRISTBAND:

Davis                     , Damion
Last Name                   First Name

HOUSING UNIT: **SHU**   BED #: 127   ID#: 042256487

NOTE: If you follow the instructions above, your request can be processed more effectively. You may be interviewed, if necessary, in order to satisfy your request. Your failure to give specific details may result in no action being taken.

## OFFICER DISPOSTION:                    DATE: 4-11-24

FWD

## DATE ADMITTED TO SHU: 3-25-24

JAMAI                          Holley / Holly
Country Of Birth (from Pop Report)        Officer Printed Last Name & Signature

SUPERVISOR DISPOSITION:          DATE: 4/12/24
(IF NECESSARY)

Denied, Unable to Verify Phone Number

Supervisor Signature

REQUEST COMPLETED BY:_____   DATE & TIME:_____

BUFFALO FEDERAL DETENTION FACILITY
BATAVIA, NEW YORK 14020

## DETAINEE REQUEST TO FACILITY EMPLOYEE

Detainee Copy

**DATE:** 3-13-24

**REQUEST:** After reviewing your Detainee Handbook carefully, state your request or problem for which you need assistance (give details).

i would like to make a legal call to CYS For 3-14-24 at 2pm # 717-240-6120

**DETAINEE NAME, EXACTLY AS SHOWN ON YOUR WRISTBAND:**

DAVIS
Last Name

DAMION
First Name

HOUSING UNIT: **SHU**   BED #: 127   ID#: 042 256 487

**NOTE:** If you follow the instructions above, your request can be processed more effectively. You may be interviewed, if necessary, in order to satisfy your request. Your failure to give specific details may result in no action being taken.

**OFFICER DISPOSTION:**   **DATE:** 3/13/24

FWD!

## DATE ADMITTED TO SHU: 3/11/24

JAMAI
Country Of Birth (from Pop Report)

Bayor
Officer Printed Last Name & Signature

**SUPERVISOR DISPOSITION:**
(IF NECESSARY)   **DATE:** 3/14/24

Approved and will be granted when the permits

Supervisor Signature

**REQUEST COMPLETED BY:** _____   **DATE & TIME:** _____

BUFFALO FEDERAL DETENTION FACILITY
BATAVIA, NEW YORK 14020

## DETAINEE REQUEST TO FACILITY EMPLOYEE

Detainee Copy

DATE: 3-16-24

**REQUEST:** After reviewing your Detainee Handbook carefully, state your request or problem for which you need assistance (give details).

I would like To Make a Legal call To Dr. Stackhouse
on 3-18-24 at 3pm # 585-275-2100.

**DETAINEE NAME, <u>EXACTLY</u> AS SHOWN ON YOUR WRISTBAND:**

Davis , Damion
Last Name        First Name

HOUSING UNIT: **SHU**  BED #: 127      ID#: 0422256487

<u>NOTE:</u> If you follow the instructions above, your request can be processed more effectively. You may be interviewed, if necessary, in order to satisfy your request. Your failure to give specific details may result in no action being taken.

**OFFICER DISPOSITION:**            **DATE:** 3/16/24

FWD

## DATE ADMITTED TO SHU: 3/11/24

Jamai
Country Of Birth (from Pop Report)

A. Johnson Johnson
Officer Printed Last Name & Signature

**SUPERVISOR DISPOSITION:**          **DATE:** 3/17/24
(IF NECESSARY)

DENIED, ONLY ALLOWED LEGAL CALLS

Supervisor Signature

**REQUEST COMPLETED BY:** _____  **DATE & TIME:** _____

BUFFALO FEDERAL DETENTION FACILITY
BATAVIA, NEW YORK 14020

## DETAINEE REQUEST TO FACILITY EMPLOYEE

DATE: 3-29-24

*Detainee Copy*

**REQUEST:** After reviewing your Detainee Handbook carefully, state your request or problem for which you need assistance (give details).

I would like to use the law library on 3-31-24 at 6pm and i would like my USB and some extra time.

DETAINEE NAME, **EXACTLY** AS SHOWN ON YOUR WRISTBAND:

Damion
Last Name

, Davis
First Name

HOUSING UNIT: **SHU**    BED #: 127    ID#: 042256488

NOTE: If you follow the instructions above, your request can be processed more effectively. You may be interviewed, if necessary, in order to satisfy your request. Your failure to give specific details may result in no action being taken.

**OFFICER DISPOSITION:** Forward    DATE: 3.29.24

## DATE ADMITTED TO SHU: 03.25.24

Jamai
Country Of Birth (from Pop Report)

Bordonaro /Bordonaro
Officer Printed Last Name & Signature

**SUPERVISOR DISPOSITION:**
(IF NECESSARY)    DATE: 3/30/24

Denied, Law Library Requests Must be Submitted on a Day to Day Basis.

Supervisor Signature

REQUEST COMPLETED BY: _____    DATE & TIME: _____

**BUFFALO FEDERAL DETENTION FACILITY**
**BATAVIA, NEW YORK 14020**

## DETAINEE REQUEST TO FACILITY EMPLOYEE

*Detainee Copy*

DATE: 4-7-24

**REQUEST:** After reviewing your Detainee Handbook carefully, state your request or problem for which you need assistance (give details).

I would like to make a legal Phone call to The "L.A.S on 4-8-24 at 3pm # 518-462-6755

DETAINEE NAME, **EXACTLY** AS SHOWN ON YOUR WRISTBAND:

Davis                              , Damion
Last Name                           First Name

HOUSING UNIT: **SHU**    BED #: 127        ID#: 042296487

NOTE: If you follow the instructions above, your request can be processed more effectively. You may be interviewed, if necessary, in order to satisfy your request. Your failure to give specific details may result in no action being taken.

**OFFICER DISPOSITION:**          DATE: 4/7/24

FWD

## DATE ADMITTED TO SHU: 3/25

Jamaica
Country Of Birth (from Pop Report)          Officer Printed Last Name & Signature

**SUPERVISOR DISPOSITION:**        DATE: 4/8/24
(IF NECESSARY)

DENIED, COULDN'T VERIFY PHONE NUMBER

Supervisor Signature

REQUEST COMPLETED BY: _____    DATE & TIME: _____

BUFFALO FEDERAL DETENTION FACILITY
BATAVIA, NEWYORK 14020

## DETAINEE REQUEST TO FACILITY EMPLOYEE

**DATE:** 4-3-24

**REQUEST:** After reviewing your Detainee Handbook carefully, state your request or problem for which you need assistance (give details).

I would like to make a legal call to "A.P.I.C"
On 4-4-24 at 10AM # 212-334-7940

**DETAINEE NAME, EXACTLY AS SHOWN ON YOUR WRISTBAND:**

Davis                              , Damion
Last Name                          First Name

HOUSING UNIT: **SHU**   BED #: 127        ID#: 042-256487

**NOTE:** If you follow the instructions above, your request can be processed more effectively. You may be interviewed, if necessary, in order to satisfy your request. Your failure to give specific details may result in no action being taken.

**OFFICER DISPOSTION:** Forward           **DATE:** 04/03/24

## DATE ADMITTED TO SHU: 03/25/24

Jamaica
Country Of Birth (from Pop Report)           Bordonaro/Bordonaro
                                             Officer Printed Last Name & Signature

**SUPERVISOR DISPOSITION:**                  **DATE:** 4/4/24
(IF NECESSARY)

DENIED, CANNOT VERIFY PHONE NUMBER

                              _____
                              Supervisor Signature

**REQUEST COMPLETED BY:** _____  **DATE & TIME:** _____

**BUFFALO FEDERAL DETENTION FACILITY**
BATAVIA, NEWYORK 14020

Detainee Copy

## DETAINEE REQUEST TO FACILITY EMPLOYEE

DATE: 4-9-24

**REQUEST:** After reviewing your Detainee Handbook carefully, state your request or problem for which you need assistance (give details).

I would like a legal call to catholic charities
on 4-10-24 at 10AM # 315-474-7428

DETAINEE NAME, **EXACTLY** AS SHOWN ON YOUR WRISTBAND:

Davis                                    Damian
Last Name                                First Name

HOUSING UNIT: **SHU**   BED #: 127        ID#: 042256487

NOTE: If you follow the instructions above, your request can be processed more effectively. You may be interviewed, if necessary, in order to satisfy your request. Your failure to give specific details may result in no action being taken.

OFFICER DISPOSTION:                    DATE: 4.9.24

FWD

## DATE ADMITTED TO SHU: 3.25.24

Jamaica                               Ferris / J Fez
Country Of Birth (from Pop Report)    Officer Printed Last Name & Signature

SUPERVISOR DISPOSITION:                DATE: 4/10/24
(IF NECESSARY)

DENIED, CANNOT VERIFY PHONE NUMBER

                                       Supervisor Signature

REQUEST COMPLETED BY: _____   DATE & TIME: _____

Exhibit

BUFFALO FEDERAL DETENTION FACILITY
BATAVIA, NEW YORK 14020

## DETAINEE REQUEST TO FACILITY EMPLOYEE

DATE: 4-11-24

*Detainee Copy*

**REQUEST:** After reviewing your Detainee Handbook carefully, state your request or problem for which you need assistance (give details).

I would like to make a legal call to Mr. S. Engler, Esq., On 4-12-24 at 3pm # 607-624-9385

### DETAINEE NAME, EXACTLY AS SHOWN ON YOUR WRISTBAND:

Davis                                    , Davison
Last Name                                      First Name

HOUSING UNIT: **SHU**   BED #: 12-7        ID#: 042256454

NOTE: If you follow the instructions above, your request can be processed more effectively. You may be interviewed, if necessary, in order to satisfy your request. Your failure to give specific details may result in no action being taken.

OFFICER DISPOSITION:                          DATE: 4/11/24

## DATE ADMITTED TO SHU: 3/25/24

JAMAI
Country Of Birth (from Pop Report)

ANDRUS, Dale
Officer Printed Last Name & Signature

SUPERVISOR DISPOSITION:                       DATE: 4/12/24
(IF NECESSARY)

Denied unable to verify phone number

Supervisor Signature

REQUEST COMPLETED BY: _____  DATE & TIME: _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

Damion G.V Davis
    Petitioner pro-se

      V.

Akima Global Services (AGS)
Malony, AGS Lieutenant
Glennon, AGS Lieutenant
Glinski, AGS Lieutenant
Walker, AGS Lieutenant
Dysart, AGS Lieutenant
Faatz, AGS Security Officer
A. Johnson, AGS Security Officer
John Doe #1
Jonh Doe #2
John Doe #3
Wendy, Nurse
PA. Mike
BFDF Medical Dept.
    Defendants et, al.

Cases No. 24-cv-00318

JURY TRIAL DEMANED

# EXHIBIT

# D

## CIVIL RIGHTS AND CIVIL LIBERTY,
## OFFICE OF INSPECTOR GENERAL
## (CRCL),(OIG)
## FILED

Office for Civil Rights and Civil Liberties
U.S. Department of Homeland Security
Washington, DC 20528

 Homeland Security

February 13, 2024

Damion Davis
A042 256 487
Buffalo SPC
4250 Federal Drive
Buffalo, NY 14020

Re:    Complaint No. 008654-24-ICE

Dear Damion Davis:

On January 31, 2024, the Department of Homeland Security (DHS) Office for Civil Rights and Civil Liberties (CRCL) received your complaint from the DHS Office of Inspector General. Thank you for contacting us with your concerns. Under 6 U.S.C. § 345 and 42 U.S.C. § 2000ee-1, CRCL reviews and assesses information concerning abuses of civil rights, civil liberties, and profiling on the basis of race, ethnicity, or religion, by employees and officials of DHS. CRCL also reviews allegations that DHS employees, programs, or activities discriminated on the basis of disability under Section 504 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794.

The issues you raise are very important to us. CRCL is opening a formal complaint, and either we or the appropriate DHS component will conduct an investigation into your concerns. CRCL may contact you during the course of investigation of your complaint. We will ultimately notify you of the outcome of the investigation.

Please be advised that our complaint process does not provide individuals with legal rights or remedies. Accordingly, CRCL is not able to obtain any legal remedies or damages on your behalf. Instead, we use complaints like yours to find and address problems in DHS policy and its implementation. If you believe your rights have been violated, you may wish to consult an attorney. There may be time limitations that govern how quickly you need to act to protect your interests.

If you have not already done so, please provide CRCL with your complete contact information, including a phone number, email address, and mailing address if available, and your alien number if applicable. You may contact CRCL by email at crclcompliance@hq.dhs.gov, by facsimile at 202-401-4708, or by mail at the following address:

Department of Homeland Security
Office for Civil Rights and Civil Liberties
Compliance Branch, Mail Stop 0190
2707 Martin Luther King Jr Ave SE
Washington, DC 20528-0190

For additional information about CRCL's roles and responsibilities, please visit our website at www.dhs.gov/crcl.

If you are filing a complaint on behalf of someone else, please provide CRCL with the express written consent of the individual if you would like to be informed about the resolution of this complaint, if you have not already done so.

When communicating with CRCL about this matter, please include the complaint number noted at the top of this letter.

Please note that Federal law forbids retaliation or reprisal by any Federal employee against a person who makes a complaint or discloses information to CRCL. 42 U.S.C. § 2000ee-1(e). If you believe that you or someone else is a victim of such a reprisal, please contact us immediately.

Thank you again for contacting DHS. Communications like yours are essential to our ability to carry out our role of supporting the DHS's mission to secure the nation while preserving individual liberty, fairness, and equality under the law. We look forward to working with you to address your concerns. If you have questions, please contact us either in writing or by phone at 866-644-8360, 866-644-8361 (TTY).

Sincerely,

Office for Civil Rights and Civil Liberties
U.S. Department of Homeland Security

2



*Office of the Principal Legal Advisor*

**U.S. Department of Homeland Security**
500 12th Street SW, Stop 5900
Washington, DC 20536-5900

## U.S. Immigration and Customs Enforcement

January 9, 2024

Damion Davis
ID#042-256-487
BFDF
4250 Federal Dr.
Batavia, NY 14020

Re: Administrative Claim

Dear Mr. Davis:

I received your health records. I will review these records and adjudicate your FTCA claim.

Sincerely,

*Richard Mitchell*
Richard Mitchell
Associate Legal Advisor
Office of the Principal Legal Advisor



*Office for Civil Rights and Civil Liberties*
**U.S. Department of Homeland Security**
Washington, DC 20528

March 15, 2024

Damion Vando Davis
A042 256 487
Buffalo SPC
4250 Federal Drive
Batavia, NY 14020

    Re:    Complaint No. CR-009163

Dear Damion Vando Davis:

On February 23, 2024, the Department of Homeland Security (DHS) Office for Civil Rights and
Civil Liberties (CRCL) received your complaint from the DHS Office of Inspector General. Thank
you for contacting us with your concerns. Under 6 U.S.C. § 345 and 42 U.S.C. § 2000ee-1, CRCL
reviews and assesses information concerning abuses of civil rights, civil liberties, and profiling on
the basis of race, ethnicity, or religion, by employees and officials of DHS. CRCL also reviews
allegations that DHS employees, programs, or activities discriminated on the basis of disability
under Section 504 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794.

The issues you raise are very important to us. CRCL is opening a formal complaint, and either we or
the appropriate DHS component will conduct an investigation into your concerns. CRCL may
contact you during the course of investigation of your complaint. We will ultimately notify you of
the outcome of the investigation.

Please be advised that our complaint process does not provide individuals with legal rights or
remedies. Accordingly, CRCL is not able to obtain any legal remedies or damages on your behalf.
Instead, we use complaints like yours to find and address problems in DHS policy and its
implementation. If you believe your rights have been violated, you may wish to consult an attorney.
There may be time limitations that govern how quickly you need to act to protect your interests.

If you have not already done so, please provide CRCL with your complete contact information,
including a phone number, email address, and mailing address if available, and your alien number if
applicable. You may contact CRCL by email at crclcompliance@hq.dhs.gov, by facsimile at
202-401-4708, or by mail at the following address:

        Department of Homeland Security
        Office for Civil Rights and Civil Liberties
        Compliance Branch, Mail Stop 0190
        2707 Martin Luther King Jr Ave SE
        Washington, DC 20528-0190



*Office for Civil Rights and Civil Liberties*
**U.S. Department of Homeland Security**
Washington, DC 20528

October 26, 2023

Damien Davis
A042 256 487
Buffalo Federal Detention Facility
4250 Federal Dr
Batavia, NY 14020

Re:     Complaint No. 007464-24-ICE

Dear Damien Davis:

On October 11, 2023, the Department of Homeland Security (DHS) Office for Civil Rights and Civil
Liberties (CRCL) received your complaint from the DHS Office of Inspector General. Thank you
for contacting us with your concerns. Under 6 U.S.C. § 345 and 42 U.S.C. § 2000ee-1, CRCL
reviews and assesses information concerning abuses of civil rights, civil liberties, and profiling on
the basis of race, ethnicity, or religion, by employees and officials of DHS. CRCL also reviews
allegations that DHS employees, programs, or activities discriminated on the basis of disability
under Section 504 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794.

The issues you raise are very important to us. CRCL is opening a formal complaint, and either we or
the appropriate DHS component will conduct an investigation into your concerns. CRCL may
contact you during the course of investigation of your complaint. We will ultimately notify you of
the outcome of the investigation.

Please be advised that our complaint process does not provide individuals with legal rights or
remedies. Accordingly, CRCL is not able to obtain any legal remedies or damages on your behalf.
Instead, we use complaints like yours to find and address problems in DHS policy and its
implementation. If you believe your rights have been violated, you may wish to consult an attorney.
There may be time limitations that govern how quickly you need to act to protect your interests.

If you have not already done so, please provide CRCL with your complete contact information,
including a phone number, email address, and mailing address if available, and your alien number if
applicable. You may contact CRCL by email at crclcompliance@hq.dhs.gov, by facsimile at
202-401-4708, or by mail at the following address:

          Department of Homeland Security
          Office for Civil Rights and Civil Liberties
          Compliance Branch, Mail Stop 0190
          2707 Martin Luther King Jr Ave SE
          Washington, DC 20528-0190

For additional information about CRCL's roles and responsibilities, please visit our website at www.dhs.gov/crcl.

If you are filing a complaint on behalf of someone else, please provide CRCL with the express written consent of the individual if you would like to be informed about the resolution of this complaint, if you have not already done so.

When communicating with CRCL about this matter, please include the complaint number noted at the top of this letter.

Please note that Federal law forbids retaliation or reprisal by any Federal employee against a person who makes a complaint or discloses information to CRCL. 42 U.S.C. § 2000ee-1(e). If you believe that you or someone else is a victim of such a reprisal, please contact us immediately.

Thank you again for contacting DHS. Communications like yours are essential to our ability to carry out our role of supporting the DHS's mission to secure the nation while preserving individual liberty, fairness, and equality under the law. We look forward to working with you to address your concerns. If you have questions, please contact us either in writing or by phone at 866-644-8360, 866-644-8361 (TTY).

Sincerely,

Office for Civil Rights and Civil Liberties
U.S. Department of Homeland Security

2



Damion Davis
ID#042256167
BFDF
4250 Federal Dr.
Batavia, NY. 14020

Legal Mail

Buffalo Federal Detention

Clerk of Court
100 State Street, RM, 2120
Rochester, NY. 14614
ATTN: Mary C. Loewenguth